### BROWN *against* BRISTOL.

To entitle to treble dam-. ages under the act (*sess.* 36, *ch.* 56, *s.* 29) the declara- tion must re- fer to the act.

TRESPASS *quare clausum fregit*, and for cutting the plain- tiff's wood. The declaration did not say *contra formam statuti, &c.* A verdict having been found for the plaintiff,

*E. Williams,* at the same time he moved in the last cause, moved also that the damages, &c. be trebled in this.

*Butler,* contra.

*Curia.* The motion must be denied. That the declar- ation does not allude to the statute is a decisive objection. This is essential, as notice to the defendant of the extent to which the plaintiff claims ; otherwise, the former cannot be prepared to narrow the claim, by bringing himself within the provisos of the act. (*Shotwell* v. *Daniels,* 8 *John.* 341.)

Motion denied.